JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MIGUEL NAPOLES,** | ) | Case No. 2:17-cv-05608-RSWL-KS |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| **SYNCHRONY BANK**, | ) ) | |
| Defendant. | ) ) ) ) | |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 5th day of September, 2017.

s/ RONALD S.W. LEW
The Honorable Ronald S. W. Lew
Senior U.S. District Judge

Order to Dismiss - 1